PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Ahmaad Johnson          Cr.: 23-00070-001
                                                              PACTS #: 7583671

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/14/2023

Original Offense:   Count One: Unlawful Possession of Ammunition as a Convicted Felon, 18 U.S.C. § 922(g)(1), a Class C Felony

Original Sentence: Time Served, 3 years supervised release

Special Conditions: Drug Testing and Treatment, Mental Health Treatment, Life Skills/Education, Motor Vehicle Compliance

Type of Supervision: Supervised Release          Date Supervision Commenced: 06/14/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On March 22, 2024, Mr. Johnson submitted a urine sample which tested positive for marijuana and oxycodone. Mr. Johnson admitted to the use of both substances and signed an admission of drug use form. |

U.S. Probation Officer Action:
Mr. Johnson was verbally reprimanded for his illicit drug use and the consequences for continued illegal drug use were discussed. Mr. Johnson admitted to using both marijuana and oxycodone as a result of having shoulder pain from an old sports injury. A conversation was held with Mr. Johnson regarding his health and following up with a medical professional for pain management.

This is Mr. Johnson's second positive drug test as he tested positive for marijuana in October of 2023. As a result, Mr. Johnson will be referred for a substance abuse evaluation. We will notify the Court of any additional non-compliance. We are respectfully requesting no action be taken against Mr. Johnson.

Prob 12A – page 2
Ahmaad Johnson

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By: DONOVAN K. HAMMOND
U.S. Probation Officer

/ dkh

APPROVED:

_____  03/27/24
PATRICK HATTERSLEY              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

3/27/24
Date